**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **Darnell Crawford, Maudine Crawford, and Tracy Crawford, Joint Trustees for the Estate of DelShawn Crawford, deceased,** | **Case No. 13-CV-02562-DWF-JJK** |
| **Plaintiffs,** | **UNOPPOSED MOTION TO AMEND SCHEDULING ORDER ALLOWING ADDITIONAL EXPERTS AND APPOINTING EXPERT DNA WITNESS** |
| **vs.** | |
| **Laura Turner, individually and in her official capacity as a Minneapolis Police Officer; and Chad Meyer, individually and in his official capacity as a Minneapolis Police Officer,** | |
| **Defendants.** | |

TO: Plaintiff and their attorney, J. Ashwin Madia, 345 Union Plaza, 333 Washington Avenue North, Minneapolis, MN 55401

Defendants hereby move for an amendment to the scheduling order to allow for six expert witnesses for each side and one court-appointed expert witness who will conduct DNA analyses of blood-like substance recovered from the scene of the incident underlying this lawsuit. This Motion is made upon all the files, records, and proceedings herein, including the memorandum and declarations in support of this motion and filed herewith.

Dated: July 29, 2014

SUSAN L. SEGAL
City Attorney
By

/s/ Brian S. Carter

TRACEY N. FUSSY
Assistant City Attorney
Attorney Reg. No. 0311807
ANDREA K. NAEF
Assistant City Attorney
Attorney Reg. No. 0386497
BRIAN S. CARTER
Assistant City Attorney
Attorney Reg. No. 0390613
City Hall, Room 210
350 South 5th Street
Minneapolis, MN 55415
(612) 673-2254
*Attorneys for Defendants*