# UNITED STATES DISTRICT COURT
## District of Minnesota

Darnell Crawford, Maudine Crawford, and
Tracy Crawford, *Joint Trustees for the Heirs
and Next of Kin of DelShawn Crawford,
deceased.*

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:    13-2562 (DWF/JJK)

Laura Turner, *individually and in his capacity
as a Minneapolis Police Officer*; and Chad
Meyer, *individually and in his official capacity
as a Minneapolis Police Officer*.

[X] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
The Jury found that Defendants Laura Turner and Chad Meyer did not use excessive force against DelShawn Crawford on May 12, 2012.

| | |
|---|---|
| January 26, 2016 | RICHARD D. SLETTEN, CLERK |
| Date | |
| | s/Thomas S. Schappa |
| | (By)        Thomas S. Schappa,    Deputy Clerk |

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge