UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Crawford, et al.,

        Plaintiffs,　　CIVIL NO. 13-CV-2562 (DWF/JJK)

vs.　　　　　　　　　　　　　MOTION TO RECOVER
　　　　　　　　　　　　　　　EXPERT WITNESS FEES

Turner, et al.,

        Defendants.

---

The Hennepin County Medical Examiner's Office moves this court for an order granting recovery of expert witness fees incurred for the testimony of one of its forensic pathologists at the trial of this action, pursuant to Rule 45 F.R.C.P.

This motion will be based upon the Hennepin County Medical Examiner's Office's memorandum of law, together with the attached exhibits.

　　　　　　　　　　　　　　　　MICHAEL O. FREEMAN
　　　　　　　　　　　　　　　　Hennepin County Attorney

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　MICHAEL B. MILLER (73349)
　　　　　　　　　　　　　　　　Sr. Assistant County Attorney
　　　　　　　　　　　　　　　　Attorneys for County of Hennepin
　　　　　　　　　　　　　　　　2000A Government Center
　　　　　　　　　　　　　　　　Minneapolis, MN 55487
　　　　　　　　　　　　　　　　Telephone: (612) 348-5488
　　　　　　　　　　　　　　　　Fax No: (612) 348-8299
　　　　　　　　　　　　　　　　Michael.B.Miller@hennepin.us

Date: March 3, 2017