# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Darnell Crawford, Maudine Crawford, and Tracy Crawford, *Joint Trustees for the Heirs and Next of Kin of DelShawn Crawford, deceased*, | COURT MINUTES – CIVIL<br>BEFORE: TONY N. LEUNG<br>U.S. MAGISTRATE JUDGE |
| Plaintiffs, | Case No: 13-cv-2562 DWF/TNL<br>Date: September 27, 2017<br>Courthouse: St. Paul |
| v. | Courtroom: 3C<br>Time Commenced: 10:30 AM |
| Laura Turner, *individually and her official capacity as a Minneapolis Police Officer*, and Chad Meyer, *individually and in his official capacity as a Minneapolis Police Officer*, | Time Concluded: 1:30 PM<br>Time in Court: 3 Hours |
| Defendants. | |

Hearing on: **SETTLEMENT CONFERENCE**

## APPEARANCES:

Plaintiffs:  J. Ashwin Madia

Movant Hennepin County Medical Examiner's Office:   Michael B. Miller, Melissa Lallak

## PROCEEDINGS:

✗   Settlement reached.   Terms stated on the record.

**Other Remarks:**

The parties should bring any dispute about terms of the settlement to the Court for resolution.

*s/Holly McLelland*
Courtroom Deputy